Kathy M. HANCOCK, Petitioner,

v.

**DEPARTMENT OF THE INTERIOR,**
Respondent.

No. 04–3401.

United States Court of Appeals,
Federal Circuit.

April 5, 2006.

Before MICHEL, Chief Judge,
NEWMAN and MAYER, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.